THOMAS W. LAMONT and Others, Individually and as the INTERNATIONAL COM-MITTEE OF BANKERS ON MEXICO, Respondents, v. THE TRAVELERS INSURANCE COMPANY and Others, etc., Defendants, MADISON INVESTING COMPANY, INC., Respondent, and NATHAN M. HUTNER and Others, Intervenors, Defendants. EDGAR J. LAUER, Petitioner, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DORA REILLY, Respondent, v. JOSEPH A. REILLY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MORRIS MIZRAHI, Petitioner, Respondent, against DIXIE FIRE INSURANCE COMPANY OF GREENSBORO, NORTH CAROLINA, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GUY H. MONTMARTIN, Appellant, v. DUPUIS PROCESS, INC., and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and dis-bursements. No opinion. Present — Martin, P. J., Townley, Glennon, Unter-myer and Dore, JJ.

RICHARD GALE v. HENRY WAGSTAFF RYAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of ROERB REALTY, INC., a Domestic Cor-poration, for an Order, Pursuant to Article 78 of the Civil Practice Act, against

WILLIAM WILSON, as Commissioner of Housing and Buildings in the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.